**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00252-CV

### IN RE TAILWIND SPORTS CORP. AND LANCE ARMSTRONG, Relators

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01564**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **DISSOLVE** the temporary stay of the proceedings below. We **DENY** relator's motion to consolidate the mandamus with the pending interlocutory appeal, *Armstrong v. SCA Promotions, Inc.,* No. 05-14-00300-CV, as moot. We further **DENY** as moot the motion of real party in interest, SCA Promotions, Inc., for partial relief from the temporary stay of the proceedings below. We address by separate opinion and order filed today in the interlocutory appeal, *Armstrong v. SCA Promotions, Inc.*, No. 05-14-00300-CV, the motion of SCA Promotions, Inc. to dismiss the appeal. We **ORDER** that relators bear the costs of this original proceeding.

/s/    KERRY P. FITZGERALD
       JUSTICE